DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE MARTHA BALTAZAR, ETC.,**
Appellant,

v.

**BALTIMORE LIFE INSURANCE COMPANY** and **MATHEL W. CUNNINGHAM,**
Appellees.

No. 4D21-180

[April 29, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; August A. Bonavita, Judge; L.T. Case Nos. 502013CC013297XXXXMB and 502019AP000135CAXXMB.

Jane Kreusler-Walsh, Rebecca Mercier Vargas, and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellant.

Cheryl J. Lister of Bradley Arant Boult Cummings, LLP, Tampa and Jason A. Walters of Bradley Arant Boult Cummings, LLP, Alabama, Pro hac vice, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***